THE SADDLE RIVER COUNTRY DAY SCHOOL AND
CHESTNUT RIDGE LAND CO., INC., PLAINTIFFS-RE-
SPONDENTS, v. THE BOROUGH OF SADDLE RIVER,
DEFENDANT-APPELLANT.

WILLIAM C. WOLLEN, *ET ALS.*, PLAINTIFFS-APPELLANTS,
v. THE SADDLE RIVER COUNTRY DAY SCHOOL AND
CHESTNUT RIDGE LAND CO., INC., DEFENDANTS-
RESPONDENTS.

Argued March 16, 1959—Decided April 7, 1959.

*Mr. Fred G. Stickel, III* and *Mr. John J. Breslin, Jr.*
argued the cause for the appellants (*Messrs. Breslin &
Breslin,* attorneys for William C. Wollen *et als.; Messrs.
Stickel & Stickel,* attorneys for Borough of Saddle River).

*Mr. James A. Major* argued the cause for the respondents.

PER CURIAM. The judgment is affirmed for the reasons
expressed in the opinion of Judge Hall in the court below.

*For affirmance*—Chief Justice WEINTRAUB, and Justices
BURLING, JACOBS, FRANCIS and PROCTOR—5.

*For reversal*—None.